UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMIN BOWMAN, o/b/o K.S., <br><br> Plaintiff, <br><br> -v- <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL ACTION NO. 23 Civ. 8694 (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the April 2, 2024 letter and annexed exhibits filed by pro se Plaintiff Jasmin Bowman ("Ms. Bowman"). (ECF No. 19 (the "Letter")). Having directed Ms. Bowman to file her response (the "Response") to the Commissioner's motion for judgment on the pleadings (ECF No. 15 (the "Motion")) by April 3, 2024 (see ECF No. 17), the Court construes the Letter as Ms. Bowman's Response to the Motion. The Commissioner may, but is not required to, file a reply in further support of the Motion by **May 3, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Bowman.

Dated:    New York, New York
          April 4, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**