**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JASMIN B. o/b/o K.S., a Minor,

                Plaintiff,                23 **CIVIL** 08694 (SLC)

    -v-                                   **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 23, 2024, the Commissioner's Motion (ECF No. 15) is GRANTED and the final decision of the Commissioner that K.S. was not disabled under the meaning of the Act during the period from February 17, 2021 to October 19, 2022, is AFFIRMED. Accordingly, the case is closed.

**Dated:**  New York, New York
          October 23, 2024

                                                               **DANIEL ORTIZ**
                                                      **Acting Clerk of Court**

                               **BY:**   _____
                                                         **Deputy Clerk**